JAMES C. FARGO, as President of the AMERICAN EXPRESS COMPANY, Respondent, *v.* AMERICAN BONDING COMPANY OF BALTIMORE, Appellant.

*Fargo* v. *American Bonding Co. of Baltimore*, 145 App. Div. 917, affirmed.
(Argued December 12, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered June 17, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a surety bond.

*Delavan A. Holmes* and *Oliver C. Carpenter* for appellant.

*Edmund L. Baylies, Joseph W. Welsh* and *Edwin D. Bechtel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK and COLLIN, JJ. Not sitting: GRAY and CHASE, JJ.